UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-------------------------------------------------------X
Vaso NIKPRELJEVIC
A73 148 996

                Petitioner,

       -against-

JOHN ASHCROFT,
Attorney General of the United States of
America,

                Respondent.
-------------------------------------------------------X



CIV. NO. 3:02cv2204(DJS)

## MOTION FOR ORDER TO SHOW CAUSE

Upon all the pleadings and proceedings heretofore had herein, Petitioner hereby moves this Court for an order to show cause for the following:

1)    An order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure to relieve the parties of the prior judgment and reopen petitioner's habeas corpus petition;

2)    A stay of deportation/removal for Petitioner;

3)    An order requiring Respondent to grant Petitioner an individualized bond hearing; and

4)    An order setting a briefing schedule so that Petitioner and Respondent may properly and fully address the underlying merits of Petitioner's claim.

Dated: New York, New York
November 10, 2003

Respectfully Submitted,

_____
Theodore N. Cox
Attorney for Petitioner

401 Broadway, Suite 701
New York, NY 10013
Phone: (212) 925-1208
Fax: (212) 925-5188

## AFFIRMATION OF SERVICE

THEODORE N. COX, being an attorney duly admitted to the practice of law in the States of New York and in the courts of the United States does hereby affirm under penalties of perjury that the following is true:

On November 11, 2003, I placed a true copy of the attached motion for an order to show cause in a secure envelope and mailed the same via FEDERAL EXPRESS next-day overnight mail to the following address:

>Office of the United States Attorney
>District of Connecticut
>450 Main Street, Room 328
>Hartford, CT 06103
>
>John Ashcroft
>Attorney General of the United States
>10th St. & Constitution Avenue, NW
>Washington, D.C. 20530

Dated:  New York, New York
November 11, 2003

THEODORE N. COX, ESQ.
401 Broadway, Suite 701
New York, NY 10013