UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VASO NIKPRELJEVIC, :
:
    Petitioner, :
:
v. : No. 3:02CV2204 (DJS)
:
JOHN ASHCROFT, :
Attorney General of the United :
States of America, :
:
    Respondent.

ORDER

Petitioner has filed a motion requesting four discrete modes of relief. The Court **ORDERS** the following:

    1. Petitioner's motion to reopen his habeus petition is **GRANTED** pursuant to Fed. R. Civ. Proc. 60(b)(6).

    2. Petitioner's motion for a Stay of the Order of Removal is **Granted** until further notice from this Court.

    3. Petitioner's motion for a bond hearing is **GRANTED** pursuant to *Wang v. Ashcroft*, 320 F.3d 130, 147 (2d Cir. 2003) and 8 U.S.C. §1226. The Department of Homeland Security-Bureau of Immigration and Customs

Enforcement is **Ordered** to hold a hearing to determine whether or not it is appropriate to continue Petitioner in the custody of DHS-BICE under §1226. The hearing shall be held **no later than December 19, 2003.**

**4.** The parties shall submit briefs on the petition. Petitioner's brief shall be submitted no late than **January 9, 2004.** Defendant's response shall be submitted no later than **February 9, 2004.**

So ordered this 21st day of November, 2003.

_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE