UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 26  A 11: 03

US DISTRICT COURT
HARTFORD CT

VASO NIKPRELJEVIC,

    Petitioner,

v.

    No. 3:02CV2204 (DJS)

JOHN ASHCROFT,
Attorney General of the United
States of America,

    Respondent.

### ORDER

Petitioner Vaso Nikpreljevic's motion for a bond hearing was granted by this court **[doc. #25]**. The **ORDER** is modified as follows:

    **1.** The petitioner is in the custody of the Department of Homeland Security-Bureau of Immigration and Customs. Petitioner is entitled to an individualized bond determination of whether it is appropriate to continue Petitioner in the custody of DHS-BICE under 8 U.S.C. §1226. The bond determination **shall** be held, in the form of a **court hearing**, wherein petitioner shall be entitled to argue and offer evidence in support of his request. The Executive Office for Immigration Review, or any other appropriate designated agency, is **ORDERED** to carry out this hearing.

    **2.** The bond hearing shall be held **no later than 5:00 pm, November 26, 2003.** Should the government fail to comply with this order, the petitioner's right to a bond hearing pursuant to Wang

v. Ashcroft, 320 F.3d 130, 147 (2d Cir. 2003) and 8 U.S.C. §1226 will be violated by reason of undue delay and the petitioner **shall be immediately released from custody.** <u>United States ex rel. Buono v. Kenton</u>, 287 F.2d 534 (2d. Cir. 1961); 28 U.S.C. §2241.

So ordered this 26th day of November, 2003.

---
DOMINIC J. SQUATRITO
**UNITED STATES DISTRICT JUDGE**

-2-