Held
Time 12:00-12:15

02cv2204ccsl

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

November 20, 2003

12:00 p.m.

CASE NO. 3-02-cv-2204(DJS)    **Nikprejevic v Ashcroft**

Denise Marie Cloutier
Cramer & Anderson
46 West St., P.O. Box 278
Litchfield, CT 06759

William C. Franklin
Cramer & Anderson
46 West St., P.O. Box 278
Litchfield, CT 06759

Anthony Rosato Minchella
Anthony R. Minchella, LLC
530 Middlebury Rd.
Suite 212-213 B
Middlebury, CT 06762

Christopher A. Parlo
Morgan, Lewis & Bockius
101 Park Ave.
New York, NY 10178-0060

Sarah W. Poston
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK