UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-------------------------------------------------X
VASO NIKPRELJEVIC
          Petitioner,
  -against-                              CIV. NO. 3:02cv2204 (DJS)

JOHN ASHCROFT,
Attorney General of the United States of
America,
          Respondent.
-------------------------------------------------X

ORIGINAL FILED

2004 JAN 14 A 10: 58

## PETITIONER'S MOTION
## FOR LEAVE TO FILE MEMORANDUM OF LAW OUT OF TIME

Petitioner, by and through counsel, hereby moves this Court for leave to his memorandum of law out of time.

Petitioner's memorandum was due on January 9, 2004. However, on January 8, 2004, the printer and copy machine that serves counsel's office broke down. The machine was serviced today, January 13, 2004. Consequently, Petitioner's memorandum and related exhibits could not be printed and duplicated for the Court until today. Respondent's counsel stated that he does not oppose this motion. Petitioner does not oppose any extension of time needed by Respondent as a result of Petitioner's delay.

WHEREFORE, Petitioner respectfully requests that this Court grant his motion for leave to file the memorandum out of time.

1

                                                Respectfully submitted,

                                                Theodore N. Cox
                                                Attorney for Petitioner

Dated:      New York, New York
             January 13, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
------------------------------------------------------X
VASO NIKPRELJEVIC
               Petitioner,
   -against-                                CIV. NO. 3:02cv2204 (DJS)

JOHN ASHCROFT,
Attorney General of the United States of
America,
               Respondent.
------------------------------------------------------X

## ATTORNEY AFFIRMATION

     Theodore N. Cox, an attorney duly admitted in the Court of the State of New York, and the Federal Courts, hereby affirms under penalty of perjury that:

1. On January 8, 2004, our copy machine and printer (which is one unit) broke down. As a result, Petitioner's memorandum could not be printed and duplicated by January 9.

2. My associate, Joshua Bardavid, has contacted counsel for the Respondent, Assistant United States Attorney Douglas Morabito, who stated that he does not oppose this motion.

3. For this reason, I respectfully request that this Court grant Petitioner's motion for leave to file Petitioner's memorandum out of time.

Dated:     New York, New York
               January 13, 2004

                                                           Theodore N. Cox
                                                           Attorney for Petitioner

## AFFIRMATION OF SERVICE

THEODORE N. COX, being an attorney duly admitted to the practice of law in the States of New York and in the courts of the United States does hereby affirm under penalties of perjury that the following is true:

On January 13, 2004, I placed a true copy of the attached motion in a secure envelope, postage pre-paid and mailed the same via U.S. Postal Service to:

>Office of the United States Attorney
>District of Connecticut
>450 Main Street, Room 328
>Hartford, CT 06103

Dated:   New York, New York
         January 13, 2004

>THEODORE N. COX, ESQ.
>401 Broadway, Suite 701
>New York, NY 10013

4