UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VASO NIKPRELJEVIC**<br>    Petitioner | : |
| v. | : CIVIL NO.: 3:02cv2204(DJS) |
| **JOHN ASHCROFT, Attorney General**<br>**of the United States of America**<br>    Respondent | : |

### ORDER

The Petitioner's Motion for Leave to File Memorandum of Law Out of Time (Doc. #28) is hereby **GRANTED**.  The Clerk shall docket the attached Memorandum of Law In Support of Petitioner's Motion Pursuant to Fed. R. Civ. P. 60(b) and Index of Documents Submitted In Support of Petitioner's Memorandum of Law attached hereto.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  23rd   day of January, 2004.

　　　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge