UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VASO NIKPRELJEVIC | : | |
| Petitioner, | : | CIV.NO. 3:02cv2204 (DJS) |
| v. | : | |
| JOHN ASHCROFT, United States Attorney General | : | January 22, 2004 |
| Respondent. | : | |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States of America, on behalf of the respondent, requests that the Court grant an initial extension of time of forty-five (45) days, from February 9, 2004, up to and including March 25, 2004 to file a response to the petitioner's petition for writ of habeas corpus. The respondent requests an extension of time so that he may confer with agency counsel and formulate an appropriate response. In addition, the petitioner has raised complex legal issues which further requires an extension of time.

This is the first motion to extend this time limitation. The petitioner's counsel has no objection to the granting of this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
ASSISTANT UNITED STATES ATTORNEY
CHIEF, CIVIL DIVISION

*/s/ Douglas P. Morabito*

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct20962

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the within and foregoing was sent on this 22nd day of January, 2004, via first-class mail to:

Theodore N. Cox, Esq.
401 Broadway, Suite 701
New York, NY 10013


_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY