**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

VASO NIKPRELJEVIC                       :
    Petitioner

    v.                                          :   CIVIL NO.: 3:02cv2204(DJS)

JOHN ASHCROFT, Attorney General
of the United States of America         :
    Respondent

<u>ORDER</u>

The Motion for Extension of Time (Doc. #30) to file a response to petitioner's

petition for writ of habeas corpus is hereby **GRANTED to and including March 25, 2004.**

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___27th___ day of January, 2004.

        /s/DJS_____
        Dominic J. Squatrito
        United States District Judge