UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -1  A 11: 37
U.S. DISTRICT COURT
HARTFORD. CT.

| | | |
|---|---|---|
| VASO NIKPRELJEVIC | : | |
| Petitioner, | : | CIV. NO. 3:02cv2204(DJS) |
| V. | : | |
| JOHN ASHCROFT, United States Attorney General | : | February 27, 2004 |
| Respondent. | : | |

**NOTICE OF MANUAL FILING**

Please take notice that the Respondent has manually filed the following document:

Exhibits attached to Response to order to show cause.

This document has been manually filed because the electronic file size of the documents exceed 1.5 megabytes.

The document has been manually served on all parties.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
ASSISTANT UNITED STATES ATTORNEY
CHIEF, CIVIL DIVISION

*Douglas P. Morabito*

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct20962