```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| **VASO NIKPRELJEVIC #A73 148 996,** : | |
| : | |
| Petitioner, : | |
| : | No. 3:02CV2204 (DJS) |
| v. : | |
| : | |
| **JOHN ASHCROFT,** : | |
| **Attorney General of the United** : | |
| **States of America,** : | |
| : | |
| Respondent. : | |

### ORDER

Pursuant to Section 106(c) of the Real ID Act of 2005, Pub. L. No. 109-13, codified at 8 U.S.C. § 1252 note on transfer of cases (2005), this case must be transferred to the Court of Appeals for the Second Circuit because this court lacks jurisdiction to hear petitioner's claims. See 8 U.S.C. § 1252(a)(5) (2005) ("Notwithstanding any other provision of law (statutory or nonstatutory), including section 2241 of Title 28, or any other habeas corpus provision, and sections 1361 and 1651 of such title, a petition for review filed with an appropriate court of appeals in accordance with this section shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provision of this chapter. . . .").

As such, this case is **TRANSFERRED** to the Court of Appeals for the Second Circuit. Petitioner's removal is **STAYED** pending

further order from the Court of Appeals.  The Clerk of the Court shall close this file.

    So ordered this 19th day of July, 2005.

                                              **/s/DJS**

                                   _____
                                   **DOMINIC J. SQUATRITO**
                               **UNITED STATES DISTRICT JUDGE**