3:02cv2204 (DJS)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT



UNITED STATES COURT OF APPEALS
FILED
NOV 06 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

NIKPRELJEVIC

v.

KEISLER

Docket No. 05-3785-ag

United States District Court
District of Connecticut
FILED AT HARTFORD

11/7/20 07

Roberta D. Tabora, Clerk
By _____
Deputy Clerk

**STIPULATION WITHDRAWING PETITION FOR REVIEW
FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE,
AND WITH LEAVE TO REACTIVATE**

The undersigned counsel for the parties hereby stipulate that
the above-captioned petition for review is hereby withdrawn
from active consideration from the Court, such withdrawal to
be without prejudice to a reactivation of the petition for
review by petitioner's counsel so notifying the Clerk of this
Court by ___Jan. 4, 2008___. If not thus reactivated, the
petition for review shall be subject to dismissal with prejudice.

Withdrawal of the petition for review from active consideration
shall NOT operate as a dismissal of the petition for review
under FRAP 42(b). Any stay of removal will remain in effect
until a panel of the Court holds otherwise, or the petition
is dismissed.

Attorney For Petitioner
THEODORE N. COX, ESQ.

Attorney For Respondent
ANN M. NEVINS, AUSA

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Stanley A. Bass, Staff Counsel
Nov. 6, 2007