UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VASO NIKPRELJEVIC,
    Petitioner,

v.

JOHN ASHCROFT, ATTORNEY
GENERAL,
    Respondent

Case No. 05-3785-ag

*FILED FEB 15 2008 — UNITED STATES COURT OF APPEALS, SECOND CIRCUIT, Catherine O'Hagan Wolfe, Clerk*

January 8, 2008

## STIPULATION (SECOND) BY RESPONDENT AND PETITIONER TO PLACE CASE ON INACTIVE DOCKET FOR SIXTY DAYS

Counsel for the respondent together with counsel for the petitioner hereby agree to place this case on the Court's inactive docket for a second period of sixty days so that proper consideration can be given toward finding potential ways to resolve the case. In order to complete this process, the respondent seeks additional time to review key records which are in the process of being located.

**ACKNOWLEDGED AND AGREED:**

Dated: New York, NY

_____
THEODORE N. COX
ATTORNEY FOR PETITIONER
LAW OFFICE OF THEODORE N. COX
401 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10013

Dated: Bridgeport, Connecticut

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
ANN M. NEVINS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT06484
915 LAFAYETTE BOULEVARD, ROOM 309
BRIDGEPORT, CT 06604
(203) 696-3000

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Feb. 15, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: February 19, 2008 MR