# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

```
-----------------------------------------------------------x
                                         :
Nikpreljevic,                            :
                                         :
         Petitioner,                     :            Dkt. No. 05-3785-ag
                                         :
         v.                              :
                                         :
Mukasey,                                 :
                                         :
         Respondent.                     :
                                         :
-----------------------------------------------------------x
```



## Second Stipulation Withdrawing Petition for Review from Active

## Consideration, Without Prejudice, and with Leave to Reactivate

The undersigned counsel for the parties hereby stipulate that the above-captioned petition for review is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the petition for review by petitioner's counsel so notifying the Clerk of this Court by April 7, 2008. If not thus reactivated, the petition for review shall be subject to dismissal with prejudice and without costs or attorneys fees incurred to date. *See Hertzner v. Henderson*, 292 F.3d 302 (2d Cir. 2002). Said withdrawal allows for proper consideration of finding potential ways to resolve the case and for the respondent to review key records which are in the process of being located.

Withdrawal of the petition for review from active consideration shall

not operate as a dismissal of the petition for review under FRAP 42(b). Any

stay of removal will remain in effect until a panel of the Court holds

otherwise, or the petition is dismissed.


Dated: February 26, 2008.

Theodore Cox
Counsel for Petitioner
401 Broadway #701
New York, New York 10013


Kevin J. O'Connor
United States Attorney

Dated: February 26, 2008.

Ann M. Nevins
Assistant U.S. Attorney
Federal Bar No. CT06484
915 Lafayette Boulevard
Room 309
Bridgeport, CT 06604


FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By

Lisa J. Greenberg, Staff Counsel


2